**James Preston DOTSON, Plaintiff—Appellant,**

v.

Jon **OZMINT,** Commissioner; **Colie Rushton, Warden, McCormick Correctional Institution; Alewine, Doctor; John A. Davis; L. Olivenciafont, Doctor, Ridgeland Correctional Institution; Medical Staff at Mccormick Correctional Institution,** Defendants—Appellees,

and

**Mark Sanford, Defendant.**

No. 07–6743.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: Aug. 1, 2007.

James Preston Dotson, Appellant Pro Se. Daniel Roy Settana, Jr., John Eric Kaufmann, McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Preston Dotson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dotson v. Ozmint,* No. 2:06–cv–01770–HFF (D.S.C. Apr. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*